UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01 JUN 2010
```

IN RE BARCLAYS BANK PLC SECURITIES LITIGATION

This Document Relates to:
    ALL ACTIONS.

Master File No. 09-CV-01989-PAC

ECF Case

## STIPULATION AND [PROPOSED] ORDER

**WHEREAS**, pursuant to an Order dated March 16, 2010, this Court directed (*inter alia*) that Defendants answer, move or otherwise respond to the Consolidated Complaint on or before April 19, 2010, and in the event Defendants file motions to dismiss the Consolidated Complaint, Lead Plaintiffs shall file papers in opposition to the motions on or before June 7, 2010, and Defendants shall file any reply papers on or before July 9, 2010;

**WHEREAS**, Defendants filed two separate motions to dismiss the Consolidated Complaint on April 19, 2010; and

**WHEREAS**, Lead Plaintiffs have not made any prior request for an extension of their time to file papers in opposition to Defendants' motions to dismiss;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the Lead Plaintiffs and for Defendants, and subject to the approval of the Court, that:

1. Lead Plaintiffs shall file papers in opposition to the motions to dismiss on or before June 25, 2010.

2. Defendants shall file any reply papers on or before August 3, 2010.

Dated: May 27, 2010

BARROWAY TOPAZ KESSLER
MELTZER & CHECK, LLP

*[signature]*

Ramzi Abadou, admitted *pro hac vice*
Erik D. Peterson, admitted *pro hac vice*
580 California St., Suite 1750
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001
rabadou@btkmc.com
epeterson@btkmc.com

-*and*-

Joshua E. D'Ancona, admitted *pro hac vice*
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Fax: (610) 667-7056

*Lead Counsel for Lead Plaintiffs*

**ROBBINS GELLER RUDMAN
& DOWD LLP**
Samuel H. Rudman
David A. Rosenfeld
Mario Alba, Jr.
58 South Service Rd., Suite 200
Melville, NY 11747
Telephone: (631) 367-7100
Facsimile: (631) 367-1173
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
malba@rgrdlaw.com

-*and*-

Andrew J. Brown
Eric I. Niehaus
Lucas F. Olts
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423
abrown@rgrdlaw.com
eniehaus@rgrdlaw.com
lolts@rgrdlaw.com

*Lead Counsel for Lead Plaintiffs*

-2-

Dated: May 27, 2010

SULLIVAN & CROMWELL LLP

*Michael T. Tomaino, Jr./with permission EDP*
David H. Braff
Michael T. Tomaino, Jr.
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3333
braffd@sullcrom.com
tomainom@sullcrom.com

*Counsel for Defendants Barclays Bank PLC, Barclays PLC, Matthew W. Barrett, John Silvester Varley, Naguib Kheraj, Robert E. Diamond, Jr., Sir Richard Broadbent, Richard Leigh Clifford, Dame Sandra J.N. Dawson, Sir Andrew Likierman, Sir Nigel Rudd, Stephen G. Russell and John M. Sunderland*

Dated: May 27, 2010

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP

Jay B. Kasner / with permission EDP
_____
Jay B. Kasner
Scott D. Musoff
Four Times Square
New York, NY 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
jay.kasner@skadden.com
scott.musoff@skadden.com

*Counsel for Underwriter Defendants Barclays Capital Securities Limited, Citigroup Global Markets Inc., Merrill Lynch Pierce Fenner & Smith Inc., Wachovia Capital Markets, LLC, Morgan Stanley & Co., Inc., UBS Securities LLC, A.G., Edwards & Sons, Inc., BNP Paribas Securities Corp., Goldman Sachs & Co., Keybanc Capital Markets, RBC Dain Rauscher Inc. (n/k/a RBC Wealth Management), SunTrust Capital Markets, Inc. (n/k/a SunTrust Robinson Humphrey, Inc.) and Wells Fargo Securities LLC*

So Ordered: 01 JUN 2010

_____
The Honorable Paul A. Crotty
United States District Judge

-4-