```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In Re:

BARCLAYS BANK PLC   　　　　　　　　　　09 CIVIL 1989 (PAC)
SECURITIES LITIGATION

　　　　　　　　　　　　　　　　　　　　**JUDGMENT**

------------------------------------------------------------X

Defendants having moved to dismiss the Consolidated Amended Complaint under Fed. R. Civ. P. 12(b)(6), and the matter having come before the Honorable Paul A. Crotty, United States District Judge, and the Court, on January 5, 2011, having rendered its Order directing the Clerk of the Court to enter judgment granting defendants' motion to dismiss in its entirety, and closing the case, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 5, 2011, defendants' motion to dismiss is granted in its entirety; accordingly, the case is closed.

**Dated:**   New York, New York
　　　　　January 7, 2011

　　　　　　　　　　　　　　　　　　　　　　RUBY J. KRAJICK
　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Clerk of Court
　　　　　　　　　　　　　　BY:
　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　**Deputy Clerk**

**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON** _____